Jennie Tubbs v. The State.

No. 8518.   Delivered November 26, 1924.

No motion for rehearing filed.

**Sale of Intoxicating Liquor—Evidence Sufficient.**

There are no bills of exception in the record. The evidence as disclosed in the statement of facts sustains the judgment.

Appeal from the District Court of Leon County. Tried below before the Hon. Carl T. Harper, Judge.

Appeal from a conviction of the sale of intoxicating liquor, penalty one year in penitentiary.

No brief filed for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

LATTIMORE, Judge.—Appellant was convicted in the District Court of Leon County of selling intoxicating liquor, and her punishment fixed at one year in the penitentiary.

The record is before us without any bills of exception. There is a statement of facts which sets out the positive testimony of witnesses to the effect that appellant sold them whisky on the occasion in question. We see no reason for questioning the sufficiency of the testimony.

The judgment will be affirmed.

*Affirmed.*